# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 24-17005(SAK) |
| | : | |
| V. | : | **ORDER** |
| | : | |
| ROBERT BENNETT | : | |
| | : | |

Pursuant to Rule 5(f) of the Federal Rule of Criminal Procedure, and as set forth on

The record during the initial appearance of the defendant on this 22nd day of FEBRUARY 2024,

in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the

United States' continuing obligation to produce all exculpatory evidence to the defendant

pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963) and it progeny, and orders it to do so.

Failing to do so in a timely manner may result in consequences, including, but not limited to, the

Court's order to produce information, the granting of a continuance, the exclusion of evidence,

adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

_____
Hon. Sharon A. King
United States Magistrate Judge